Hans Lin     CA BAR# 325980
**LB Lin Law Firm**
1685 Highland St
Santa Ana, CA 92703
(949)381-9816
AttorneyHans@lblinlaw.com
Attorney for Plaintiff,
China Cinda Asset Management Co. Ltd., (Jiangxi Branch)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CINDA ASSET MANAGEMENT CO. LTD., (JIANGXI BRANCH)<br>　　　　　　Plaintiff,<br>　vs.<br>XIAOFENG PENG,<br>SHAN ZHOU<br>　　　　　　Defendants. | Case No.: 4:25-cv-6047<br><br>**REQUEST TO ENTER CLERK'S DEFAULT AGAINST DEFENDANT SHAN ZHOU; DECLARATION OF HANS LIN IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANT SHAN ZHOU** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff, CHINA CINDA ASSET MANAGEMENT CO. LTD., (JIANGXI BRANCH) ("Plaintiff"), hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant SHAN ZHOU ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served

the complaint on Defendant on August 22, 2025 evidenced by the Summons Returned Executed on file with this Court (Dkt.13).

The request is based upon the above stated facts and the Declaration of Hans Lin, filed herewith.

**DATED: September 15, 2025**                              **LB Lin Law Firm**

*/s/ Hans Lin*

Hans Lin
Attorney for Plaintiff,
Zhejiang Zheshang Asset
Management Co., Ltd.

Hans Lin    CA BAR# 325980
**LB Lin Law Firm**
1685 Highland St
Santa Ana, CA 92703
(949)381-9816
AttorneyHans@lblinlaw.com
Attorney for Plaintiff,
China Cinda Asset Management Co. Ltd., (Jiangxi Branch)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINA CINDA ASSET MANAGEMENT CO. LTD., (JIANGXI BRANCH)<br><br>            Plaintiff,<br><br>     vs.<br><br>XIAOFENG PENG,<br><br>SHAN ZHOU<br>            Defendants. | Case No.: 4:25-cv-6047<br><br>**DECLARATION OF HANS LIN IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER CLERK'S DEFAULT AGAINST DEFENDANT SHAN ZHOU** |

**DECLARATION OF HANS LIN**

I, Hans Lin, declare as follows:

1. I am an attorney duly licensed in California and counsel of record for

   Plaintiff CHINA CINDA ASSET MANAGEMENT CO. LTD. in this action.

REQUEST TO ENTER CLERK'S DEFAULT AGAINST DEFENDANT SHAN ZHOU; DECLARATION OF HANS LIN IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANT SHAN ZHOU

I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

2. Defendant SHAN ZHOU has not appeared in this action and has not responded to the Complaint within the time permitted by law.

3. Defendants SHAN ZHOU is not a minors, incompetent person, or person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Relief Act of 1940.

4. Defendant was properly served with the summons and complaint on August 22, 2025 in accordance with Federal Rules of Civil Procedure 4(c) as evidenced by the Summons Returned Executed on file with the Court (Dkt. 13).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on September 15, 2025, at Santa Ana, California.

                                        */s/Hans Lin*
                                        **Hans Lin**

- 5 -

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiff, certifies that this brief contains 527 words, which complies with the word limit of L.R. 11-6.1.

Executed September 15, 2025   ___/s/Hans Lin_____
                                              Hans Lin