MATTHEW B. HODROFF ESQ.  (SBN 308105)
The Law Offices of Matthew B. Hodroff
3960 West Point Loma Blvd. Ste H 144
San Diego, CA 92110
(619) 693-3529
(619) 224-9941 (fax)
Matthew@peopledeservejustice.com
Attorney For Defendants Xiaofeng Peng & Shan Zhou

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| China Cinda Asset Management Co. Ltd., (Jiangxi Branch) <br><br> Plaintiff, <br><br> vs. <br><br> Xiaofeng Peng, <br> Shan Zhou <br><br> Defendants. | Case No. 4:25-cv-06047-KAW <br><br> District Judge: Hon. Kandis A. Westmore <br> Magistrate: Unassigned <br><br> **[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** <br><br> Action Filed:        July 17, 2025 |

-1-

[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

Having reviewed and considered the Joint Stipulation to continue the settlement conference ("the Stipulation"), it is hereby ORDERED as follows:

1. That the Stipulation is Approved; and

2. That settlement conference is continued to: _October 6, 2026 at 10:00 AM_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Dated:  July 10, 2026__

_____
The Honorable Judge Thomas S. Hixson

-2-

_____

[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE